THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MIZELL MCMULLIN, #106 297, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 2:08-CV-502-TMH |
| ) | [WO] |
| ) | |
| TROY KING, ALABAMA ATTORNEY ) | |
| GENERAL, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On May 18, 2009, the Magistrate Judge filed a Recommendation (Doc. 15) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 15) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failures to properly prosecute this action and to comply with the orders of this court.

An appropriate judgment will be entered.

Done this   22nd   day of June, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE